MICHAEL LARKIN et al., respondents,

*v.*

RUDOLPH A. KOETHER, appellant.

[Decided February 6th, 1928.]

On appeal from a decree of the court of chancery.

*Messrs. Lum, Tamblyn & Colyer,* for the respondents.

*Mr. Frank E. Bradner,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *101 N. J. Eq. 176.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 14.

*For reversal*—None.

*For modification*—WHITE, J. 1.